UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re* BAYCOL PRODUCTS LITIGATION

This Document Relates to:

MDL NO. 1431
(MJD/SRN)

**ORDER**

*Verlean Toles, et al., v. Bayer Corp., et al.*
*(Plaintiff George Slate only)*

Case No. 03-1174

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated March 6, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiff George Slate [Doc. No. 160] is GRANTED;

2. Plaintiff George Slate's action is DISMISSED WITH PREJUDICE; and

3. Plaintiff's counsel is required to pay the sum of $494.00 to Bayer Corporation within 10 days of the District Court's Order.

DATED: APR 17 2007, 2007.

*Michael J. Davis*
Judge Michael J. Davis
United States District Court Judge

SCANNED
APR 17 2007
U.S. DISTRICT COURT MPLS

1